395 A.2d 986

Horton, et al. v. Fulkersin (et al., Appellant).

Argued September 11, 1978. Walter I. Breslin, for appellant; C. Norwood Wherry, for appellees, Horton.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.